461 A.2d 870

Prestopino, Appellants v. Supermarkets Corp.
Petition for Allowance of Appeal Denied Oct. 12, 1983.

Argued February 23, 1982.   Eugene A. Spector, for appellants;   George E. Moore, for appellee.

Before SPAETH, BROSKY and BECK, JJ.

Affirmed.

461 A.2d 870

Scogna v. Scogna, Appellant.

Argued April 19, 1983.   Edward J. Schwabenland, for appellant;   Gary M. Gusoff, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.